UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                :

UNITED STATES OF AMERICA

                                :          1:24-MJ-00423

     -against-                         :          ORDER
                                :

  Alex Tolozano

                                :

     Defendant

                                :
------------------------------------X


Barbara C. Moses, United States Magistrate Judge:

Upon the report of Pretrial Services, it is hereby ORDERED that

the defendant's bail be modified to include the following

conditions: refrain from possession of a firearm, destructive

device, or other weapon, and surrender all firearms/firearms

licenses to the local police department and provide verification

to Pretrial Services.


     Dated: New York, New York

           February 27, 2024


                          SO ORDERED:

                          _____
                          Barbara C. Moses
                          United States Magistrate Judge